Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHEN BARTON,<br>Plaintiff<br>v.<br>PINNACLE HOME IMPROVEMENTS, LLC, & JOHN DOE 1-10<br>Defendants. | NO. 3:24-cv-05142-TMC<br><br>NOTICE OF DISMISSAL WITH PREJUDICE |

**NOTICE OF DISMISSAL**

Defendant Pinnacle Home Improvements LLC. and Plaintiff Nathen Barton have come to an agreement. Under FRCP 41(a)(1)(A)(ii) Plaintiff files this stipulated notice of dismissal with prejudice. Each side has agreed to bear their own costs, respectively.

______s/ Nathen Barton_____ _____September 30, 2024______
Nathen Barton (Dated)

Nathen Barton
(469) 347 2139
4618 NW 11th Cir
Camas WA 98607
BlueWind33@protonmail.com

Dated: September 30, 2024

Respectfully submitted,

NEWMAN LLP

s/ Keith Scully (with permission)
Keith Scully, WSBA No. 28677
1201 Second Avenue, Suite 900
Seattle, WA 98101
Phone: (206) 274-2800
Facsimile: (206) 274-2801
Email: *keith@newmanlaw.com*

Counsel for Defendant
Pinnacle Home Improvements, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2024, I caused the foregoing document to be electronically filed with the Clerk of the Court using the Electronic Filing (CM/ECF) system, which will send notification of such filing to all counsel of record and all pro se parties registered to use the CM/ECF system.

______s/ Nathen Barton_____ _____September 30, 2024____

Nathen Barton (Dated)



NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607